UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVINA N. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No. 19-cv-05930-SI<br><br>**JUDGMENT** |

The Court has denied defendant's motion for summary judgment, granted plaintiff's motion for summary judgment, and ordered this matter remanded to pursuant to sentence four of 42 U.S.C. § 405(g) for immediate payment of benefits. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 30, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge